# In the United States District Court for the Southern District of Georgia Waycross Division

MATTHEW DAVID JUDGE,

    Plaintiff,

v.

WARE COUNTY JAIL, CPL. ARNOLD, CPL. MCCULLEY, and OFFICER TURNER,

    Defendants.

5:24-cv-8

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, the Court's mailing was returned as undeliverable, with the notation: "Return to Sender, No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 26 at 1. Also, the Magistrate Judge allowed Plaintiff additional time to file Objections to the Report and Recommendation, dkt. no. 27, and this mailing was also returned as undeliverable. Dkt. No. 28 at 1.

Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules. I also

**DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 2 day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA