AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MATTHEW DAVID JUDGE,

    Plaintiff,

                                        JUDGMENT IN A CIVIL CASE

            **v.**                      CASE NUMBER:  5:24-CV-008

WARE COUNTY JAIL, CPL. ARNOLD, CPL.
MCCULLEY, and OFFICER TURNER,

    Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 2, 2024, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court.  Therefore, Plaintiff's complaint is

dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal.  This case

stands closed.

Approved by: _____

        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORIGA

_____
*Date*   August 9, 2024

                          John E. Triplett
                          *Clerk*

                          _____
                          *(By) Deputy Clerk*